IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELBY WILSON | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 19-2198 |
| INDUSTRIAL COMMERCIAL | : |
| CLEANING GROUP, INC., ET AL. | : |

**O R D E R**

**AND NOW**, this 28th day of July 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 30), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**